FILED: May 17, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1627
(3:16-cv-00712-GCM)

_____

GEORGE W. JACKSON

      Third Party Plaintiff - Appellee

v.

HOME DEPOT U.S.A., INCORPORATED

      Third Party Defendant - Appellant

and

CAROLINA WATER SYSTEMS, INC.; CITIBANK, N.A.

      Defendants

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
|---|---|
| Originating Case Number | 3:16-cv-00712-GCM |
| Date notice of appeal filed in originating court: | 05/16/2017 |
| Appellant (s) | Home Depot U.S.A., Inc. |

| Appellate Case Number | 17-1627 |
|---|---|
| Case Manager | Karen Stump<br>804-916-2704 |